IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00059-GCM

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**AMIGO MGA, LLC,**<br><br>　　　　**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning Elliott M. Kroll (Doc. No. 16) and the Motion for Admission *Pro Hac Vice* concerning Mark Fragner (ECF Doc. 17) ("Motions").

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Kroll and Mr. Fragner are admitted to appear before this court *pro hac vice* on behalf of Clear Blue Insurance Company.

**IT IS SO ORDERED**.

Signed: February 23, 2021

Graham C. Mullen
United States District Judge